No. 72–574. Sellars *v.* Committee on Admissions of the District of Columbia Court of Appeals. Ct. App. D. C. Certiorari denied.

No. 72–577. Cawy Bottling Co., Inc. *v.* Maltina Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 72–587. Holland-America Line *v.* Foreign Study League. Sup. Ct. Utah. Certiorari denied.

No. 72–596. Adams et al. *v.* Evansville-Vanderburgh School Corp. et al. C. A. 7th Cir. Certiorari denied.

No. 72–597. McDaniel *v.* Colorado. Sup. Ct. Colo. Certiorari denied.

No. 72–602. Harsh Building Co. et al. *v.* Bialac et al. C. A. 9th Cir. Certiorari denied.

No. 72–605. Buckelew *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 72–607. Gaillot *v.* United States Department of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 72–614. Shaps *v.* Union Commerce Bank. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 72–5175. Meyer *v.* Weil et al. C. A. 7th Cir. Certiorari denied.

No. 72–5473. Sadler *v.* North Carolina. C. A. 4th Cir. Certiorari denied.